**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-7262

CHARLES B. BROWNELL,

Plaintiff - Appellant,

versus

SECRETARY, DEPARTMENT OF PUBLIC SAFETY AND
CORRECTIONAL SERVICES,

Defendant - Appellee.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Alexander Williams, Jr., District Judge.
(CA-04-124-AW)

Submitted:  November 19, 2004      Decided:  January 5, 2005

Before WILKINSON, TRAXLER, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Charles B. Brownell, Appellant Pro Se.  David Phelps Kennedy,
OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland,
for Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Charles B. Brownell appeals the district court's order granting the motion to dismiss his 42 U.S.C. § 1983 (2000) complaint pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief may be granted. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Brownell v. Secretary, Dep't of Pub. Safety & Corr. Servs., No. CA-04-124-AW (D. Md. July 1, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED